Court of Criminal Appeals;

Court clerk;

Abel Acosta,

4-1-2015
82,010-01,03

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

①

Dear sir,

My name is Damian Galvan Hernandez. T.D.C.J. # 1916190. I would like to request at this time, a status update, with regards to cause # CR13-0075 out of Parker county, Texas.

I need ANY and ALL information related to the filing of any writs, Motions or pleadings that have been filed on my behalf.

Also, i will need the names and addresses of any persons claiming to represent my interest as an attorney. (In this cause)

I was notified on 9-17-2014 that my Habeas corpus was dismissed in the Honorable court of criminal Appeals because my conviction "is" or "was" not Final and a "Mandate" was still pending.

As best i know, my criminal case should not be on appeal. I was never notified of being given an Appeal Attorney by the trial court. My trial attorney also never Filed a notice of Appeal.

surely, there must be a mistake.

Please advise me if i was given an Appeal Attorney AND IF my case is on Appeal, who is the Attorney representing me in this cause!

Please also notify me OF ANY pending litigation (writs, Motions, or pleadings) that has not been ruled on to present date. So that i may be able to resolve this most confusing situation.

Any help in this most important matter would be greatly appreciated

Most sincerely,

Damian Galvan Hernandez

#1916190

Sanders Estes Unit

1100 HWY 1807

Venus, TX. 76084